*THE PEOPLE OF THE STATE OF ILLINOIS, A REPUBLIC NATION IN THE JUDICIAL AND ONE SUPREME COURT OF RECORD ON THE BOUNTY OF KANE, 16TH JUDICIAL DISTRICT, GENEVA, ILLINOIS*

## RE: APPEARANCE FORM FOR ~~PRO SE~~ *SUI JURIS* LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

*COUNTER PETITIONER*
NAME: _Robert-Dale: Sperlazzo_
(Please print)

STREET ADDRESS: _%609 DeerHill Court / non-domestic_

CITY/STATE/ZIP: _Carpentersville, Illinois_

PHONE NUMBER: _(847) 428-7930_

CASE NUMBER: _11 CV 7472_

*COUNTER PLAINTIFF*
NAME: _ROBERT SPERLAZZO_

_Robert-Dale_
Signature

_10/20/2011_
Date

11-cv-07472
Judge Milton I. Shadur
Magistrate Judge Geraldine Soat Brown



FILED

OCT 2 0 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT