IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KANE COUNTY BAR ASSOCIATION,    )
INC.,                           )
                                )
            Plaintiff,          )
                                )
      v.                        )    No.  11 C 7472
                                )
ROBERT SPERLAZZO,               )
                                )
            Defendant.          )

MEMORANDUM ORDER

This Court's more than three decades on the bench have been marked, among other things, by a seeming competition among some litigants to qualify for the "Most Bizarre Filing" award.  Robert Sperlazzo ("Sperlazzo") is the most recent entrant in that competition, and he may well have won it hands down.  Sperlazzo's Notice of Removal ("Notice"), by which he seeks to bring a lawsuit, filed against him in the Illinois Circuit Court for the Sixteenth Judicial Circuit by the Kane County Bar Association, Inc. ("Association"), into this federal court--a filing that, including exhibits, stacks up to about 1-1/2" thick, is so totally misconceived as to be farcical.

In the underlying state court action, Case No. 11 MR 118, the Association seeks to prohibit Sperlazzo from the unauthorized practice of law.  To judge from Sperlazzo's Notice and accompanying documents, the notion that his activities in the legal field are not only unauthorized but incompetent scarcely seems surprising--but this Court expresses no opinion on the

ultimate merits because it is without jurisdiction to do so. Simply put, nothing in that state court litigation provides a springboard for the assertion of federal subject matter jurisdiction.

In relevant part 28 U.S.C. §1447(c) provides as to any case sought to be removed from a state court to the federal court system:

> If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.

This Court sua sponte orders such a remand (as is its duty as well as its right). Nor is there any reason to delay sending the case back to its place of origin--instead the Clerk of this District Court is ordered to mail a certified copy of the remand order to the clerk of the state court forthwith.[1]

_____
Milton I. Shadur
Senior United States District Judge

Date:  October 25, 2011

---

[1]  This memorandum order moots Sperlazzo's In Forma Pauperis Application, which is accordingly denied on mootness grounds.