```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

| | |
|---|---|
| KANE COUNTY BAR ASSOCIATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 11 C 7472 ) |
| ROBERT SPERLAZZO, | ) ) |
| Defendant. | ) |

## MEMORANDUM ORDER

This Court's brief October 25, 2011 memorandum order ("Order") remanded to its place of origin, the Illinois Circuit Court for the Sixteenth Judicial Circuit, the truly bizarre attempt by Robert Sperlazzo ("Sperlazzo," whose idiosyncracies include referring to himself as "Robert-Dale of the House of Sperlazzo") to invoke federal jurisdiction through some figment of his imagination. Now Sperlazzo, totally heedless of the consequent absence of jurisdiction in this District Court, has just tendered another fanciful document--this one captioned "Judicial Notice (735 ILCS 5)."

This Court sua sponte strikes from the court file this most recent missive from Sperlazzo. And because it seems that he might not take "no" for an answer, Sperlazzo is notified that any further efforts on his part to clutter the record with such meaningless filings will give rise to consideration by this Court of possible contempt proceedings. It is of course hoped that Sperlazzo will recognize reality instead, returning to the state

court system to resolve his dispute with the Kane County Bar Association.

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date:  November 1, 2011