**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 11-C-07472 |
|---|---|

THE KANE COUNTY BAR ASSOCIATION, a Not for Profit Corporation, )
)
                         Plaintiff, )
  v. )
)
ROBERT SPERLAZZO, )
)
                         Defendant. )
)
ROBERT-DALE OF THE HOUSE OF SPERLAZZO, )
)
                         Counter-Petitioner )
On behalf of: Robert Sperlazzo, )
                         Counter-Plaintiff )
  v. )
)
THE KANE COUNTY BAR ASSOCIATION, INC.; KINNALLY FLAHERTY )
KRENTZ & LORAN PC; PATRICK M. KINNALLY; DANIEL R. SHISTON; )
SMITH AMUNDSEN; THOMAS MUELLER (Individually and in his private )
capacity); ROBERT R. MURBACH, SPECTRE, INC., DEAN FRIEDERS; )
"UNKNOWN WITNESS", etc., et al, )
                         Counter-Defendants )

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Patrick M. Kinnally and Kinnally Flaherty Krentz & Loran PC

| NAME (Type or print) |
|---|
| Patrick M. Kinnally |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|     s/ Patrick M. Kinnally |
| FIRM |
| Kinnally Flaherty Krentz & Loran PC |
| STREET ADDRESS |
| 2114 Deerpath Road |
| CITY/STATE/ZIP |
| Aurora, IL 60506 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3126201 | (630) 907-0909 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |